JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY

1  **OMAR A. SIDDIQUI, ESQ. (SBN 213581)**
2  **DANIEL M. JOSEPHSON, ESQ. (SBN 245985)**
   **JONATHAN C. HATFIELD, ESQ. (SBN 292198)**
3  **ULWELLING | SIDDIQUI LLP**
   Park Tower, Suite 700
4  695 Town Center Drive
   Costa Mesa, California 92626
5  Telephone: (714) 384-6650
   Facsimile: (714) 384-6651
6  osiddiqui@usllp.com
   djosephson@usllp.com
7  jhatfield@usllp.com

8  Attorneys for Plaintiff,
   **S. VAKIL**

9  **DAVID GINGRAS, ESQ. (SBN 218793)**
   **GINGRAS LAW OFFICE, PLLC**
10 4802 E. Ray Road, #23-271
   Phoenix, AZ 85044
11 Telephone: (480) 264-1400
   Facsimile: (480) 248-3196
12 david@gingraslaw.com

13 Attorneys for Defendants,
   **HOOMAN KARAMIAN**
14 **aka NIK RICHIE and**
   **DIRTY WORLD, LLC**

                    UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

S. VAKIL, an individual,            CASE NO.: 2:14-CV-01573 GAF (AGRx)

         Plaintiff,                 [UNLIMITED CIVIL]
                                    ORDER ON
vs.                                 **JOINT STIPULATION DISMISSING**
                                    **COMPLAINT WITH PREJUDICE**

HOOMAN KARAMIAN aka Nik
Richie, an individual; DIRTY
WORLD, LLC, a limited liability
company; DIRTY WORLD
ENTERTAINMENT, LLC, a limited
liability company; and
DOES 1 through 10, inclusive,

         Defendants.

---

ORDER ON JOINT STIPULATION DISMISSING COMPLAINT WITH PREJUDICE

## JOINT STIPULATION

This Stipulation is made and entered into between Plaintiff S. Vakil ("Vakil"), on the one hand, and Defendant Hooman Karamian aka Nik Richie; Dirty World, LLC; and Dirty World Entertainment, LLC (collectively "The Dirty"), on the other hand, by and through their representative counsel, as follows:

**WHEREAS** on or about February 27, 2014, Vakil filed an action against The Dirty in United States District Court for the Central District Court of California, *S. Vakil v. Hooman Karmian aka Nik Richie, et al.*, Case No. 2:14-CV-01573 GAF (AGRx). Vakil's Complaint included claims against The Dirty for (1) Defamation Per Se; (2) Libel Per Se; (3) Invasion of Privacy – Public Disclosure of Private Facts; (4) Right of Publicity – False Light; (5) Declaratory Relief; (6) Intentional Infliction of Emotional Distress; and (7) Civil Conspiracy.

**WHEREAS** Vakil and The Dirty have resolved all of their claims and entered into a settlement agreement, and they now wish to dismiss Vakil's Complaint on the terms and conditions set forth below.

**IT IS HEREBY STIPULATED AND AGREED TO** by Vakil and The Dirty, through their respective counsel of record, as follows:

1. The above-captioned action, including all claims for relief in Vakil's Complaint, are hereby dismissed with prejudice pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure.

///

///

///

**JOINT STIPULATION DISMISSING COMPLAINT WITH PREJUDICE**

1     2. Each party shall bear its own attorneys fees, costs, and expenses in connection with this action.

    SO STIPULATED

Respectfully submitted,

Dated: May 28, 2014                 **ULWELLING | SIDDIQUI LLP**

By:  /s/ Omar A. Siddiqui/
     **OMAR A. SIDDIQUI, ESQ.**
     **DANIEL M. JOSEPHSON, ESQ.**
     **JONATHAN C. HATFIELD, ESQ.**
     Attorneys for Plaintiff,
     **S. VAKIL**

Dated: May 28, 2014                 **GINGRAS LAW OFFICE, PLLC**

By:  /s/ David S. Gingras/
     **DAVID S. GINGRAS, ESQ.**
     Attorneys for Defendants,
     **HOOMAN KARAMIAN**
     **aka NIK RICHIE and**
     **DIRTY WORLD, LLC**

IT IS SO ORDERED
Dated 6/29/14

_[signature]_
United States District Judge